UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDY MICHAEL PEREZ | CIVIL ACTION |
| VERSUS | 19-10767 |
| TWENTY-FOURTH JUDICIAL DISTRICT COURT, ET AL. | SECTION: "A" (3) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge Douglas, and Randy Michael Perez's objections, hereby approves the Report and Recommendation of United States Magistrate Judge Douglas and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff Randy Michael Perez's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and for seeking monetary relief from a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that the Plaintiff's federal habeas corpus claims are **DISMISSED WITHOUT PREJUDICE** based on his failure to exhaust his remedies in the state courts.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, (Rec. Doc. 13), is **DENIED**.

February 4, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE